RECEIVED
IN LAKE CHARLES, LA.

NOV 18 2013

TONY R. MOORE, CLERK
BY_____
         DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| UNITED STATES OF AMERICA | : | DOCKET NO. 2:12 CR 00186-001 |
|---|---|---|
| VS. | : | JUDGE MINALDI |
| VICTOR SANCHEZ-FLORES | : | MAGISTRATE JUDGE KAY |

MEMORANDUM ORDER

Before the court is a LETTER/MOTION to Amend/Correct Computation Data Information re Date of Offense (Rec. Doc. 30) filed *pro se* by the defendant, Victor Sanchez-Flores. Claims for credit for time served address the computation and execution of the sentence rather than the sentence itself and should be addressed in a petition for writ of *habeas corpus* under 28 U.S.C. § 2241. *United States v. Tubwell*, 37 F.3d 175, 177 (5th Cir.1994); *United States v. Cleto*, 956 F.2d 83, 84 (5th Cir.1992); *United States v. Brown*, 753 F.2d 455, 456 (5th Cir.1985).

Accordingly this LETTER/MOTION to Amend/Correct Computation Data Information IS DENIED. The defendant should seek this remedy by filing a motion pursuant to 28 U.S.C. §2241.

Lake Charles, Louisiana, this ___ day of November, 2013.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE